James B. BLOOM, as Surviving Trustee of Bloom Company, et al., v. OROVILLE-WYANDOTTE IRRIGATION DISTRICT.

No. 10075.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1942.

W. Coburn Cook, of Turlock, Cal., for appellants.

Hankins & Hankins, of San Francisco, Cal., and A. L. Cowell, of Stockton, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Alexander J. BOCZ, Appellant, v. HUDSON MOTOR CAR COMPANY et al., Appellees.

No. 8875.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1942.

Alexander J. Bocz, Detroit, Mich., in pro. per.

Jolly & Booth, Butzel, Eaman, Long, Gust & Bills, Barnes, Kisselle, Laughlin & Raisch, Mead & Bevan, H. Bodman, King Harness, and I. Joseph Farley, all of Detroit, Mich., and Drury W. Cooper, of New York City, for appellees.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of appellant, in pro. per., and of counsel for appellees. On consideration whereof, it is ordered, adjudged and decreed that the order appealed from be and the same is in all things affirmed.

Dr. John R. BRINKLEY et al., Appellants, v. Charles F. ALLEN, Administrator, etc., et al.

No. 12140.

Circuit Court of Appeals, Eighth Circuit.

Jan. 26, 1942.

John M. Lofton and Henry E. Spitzberg, both of Little Rock, Ark., for appellants.

Carl E. Langston, of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellants, pursuant to agreement of appellants to dismiss.

Dr. John R. BRINKLEY et al., Appellants, v. Chas. F. ALLEN, Administrator, etc.

No. 12177.

Circuit Court of Appeals, Eighth Circuit.

Jan. 26, 1942.

Henry E. Spitzberg, of Little Rock, Ark., for appellants.

Carl E. Langston, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, pursuant to agreement of appellants to dismiss.